**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Brooklyn Events LLC** |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | DBA  Verboten |
| 3. | Debtor's federal Employer Identification Number (EIN) | 30-0704561 |
| 4. | Debtor's address | **Principal place of business**  **54-60 North 11th Street**  **Brooklyn, NY 11249**  Number, Street, City, State & ZIP Code  **Kings**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership  ☐ Other. Specify: |

Debtor **Brooklyn Events LLC**　　　　　　　　　　　Case number (*if known*)　_____
　　　　Name

7. **Describe debtor's business**　A. *Check one:*

　☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
　☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
　☐ Railroad (as defined in 11 U.S.C. § 101(44))
　☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
　☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
　☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
　■ None of the above

　B. *Check all that apply*
　☐ Tax-exempt entity (as described in 26 U.S.C. §501)
　☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
　☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

　C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
　　See http://www.naics.com/search/.　____

8. **Under which chapter of the Bankruptcy Code is the Debtor filing?**　*Check one:*

　☐ Chapter 7
　☐ Chapter 9
　■ Chapter 11. *Check all that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
　　☐ A plan is being filed with this petition.
　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.
　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

　☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

　■ No.
　☐ Yes.

　If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

　■ No
　☐ Yes.

　List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship to you | _____ |
|---|---|---|---|
| District | _____ | When _____ | Case number, if known _____ |

Debtor  **Brooklyn Events LLC**  Case number (*if known*)
         Name

11. **Why is the case filed in *this district*?**  Check all that apply:

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ■ No
    ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____
    ☐ It needs to be physically secured or protected from the weather.
    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    ☐ Other

    **Where is the property?** _____
    Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.  Insurance agency _____
              Contact name _____
              Phone _____

■ **Statistical and administrative information**

13. **Debtor's estimation of available funds**  Check one:

    ■ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**

    ■ 1-49                   ☐ 1,000-5,000         ☐ 25,001-50,000
    ☐ 50-99                  ☐ 5001-10,000         ☐ 50,001-100,000
    ☐ 100-199                ☐ 10,001-25,000       ☐ More than 100,000
    ☐ 200-999

15. **Estimated Assets**

    ☐ $0 - $50,000                ■ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion
    ☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion
    ☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
    ☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

16. **Estimated liabilities**

    ☐ $0 - $50,000                ■ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion
    ☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion
    ☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
    ☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor   **Brooklyn Events LLC**                                    Case number (*if known*)
         Name

### Request for Relief, Declaration, and Signature

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 31, 2016**
              MM / DD / YYYY

X  **/s/ Jen Schiffer**                                    **Jen Schiffer**
   Signature of authorized representative of debtor           Printed name

Title   **Managing Member**

**18. Signature of attorney**

X  **/s/ Scott S. Markowitz, Esq.**                        Date  **March 31, 2016**
   Signature of attorney for debtor                              MM / DD / YYYY

**Scott S. Markowitz, Esq.**
Printed name

**Tarter Krinsky & Drogin LLP**
Firm name

**1350 Broadway**
**11th Floor**
**New York, NY 10018**
Number, Street, City, State & ZIP Code

Contact phone  **(212) 216-8000**        Email address  **smarkowitz@tarterkrinsky.com**

**(SSM-0849)**
Bar number and State