UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                              :
                                                    ::    Chapter 11
BROOKLYN EVENTS LLC,                                :
                                                    :    Case No.: 16-41371
                Debtor.                   :
                                                    :
------------------------------------------------------------:x

## LOCAL RULE 1007-2 AFFIDAVIT

STATE OF NEW YORK     )
                                      ss.:
COUNTY OF NEW YORK  )

Jen Schiffer, being duly sworn deposes and states:

1.    I am the Managing Member of Brooklyn Events LLC (the "Debtor"), and submit this affidavit pursuant to Rule 1007-2 of the local rules of this Court (the "Local Rules").

2.    The Debtor filed a voluntary Chapter 11 petition with the Clerk of this Court on March 31, 2016. There is no other or prior bankruptcy case filed by or against the Debtor. There has not been a committee of unsecured creditors organized prior to the order for relief in the Debtor's Chapter 11 case.

3.    A copy of the Debtor's board resolutions authorizing the Chapter 11 filing is attached to the petition and incorporated by reference herein. Unless otherwise indicated, all financial information contained herein is presented on an estimated and unaudited basis.

**Nature of Debtor's Business**

4.    The Debtor operates a well-known night club in Brooklyn under the trade name "Verboten." The Debtor fell behind in payment of sales tax to the New York State Department of Taxation and Finance, which led to the seizure of the Debtor's leased location and related assets on March 30, 2016. By virtue of the bankruptcy filing and the imposition of the automatic

stay, and as confirmed by my discussions with New York State, the Debtor will obtain access to its location upon filing and service of the petition on New York State.

**<u>Assets and Liabilities</u>**

5. I understand that the Local Rules require a list of assets and liabilities, including a list of top 20 creditors. Because New York State closed the Debtor's doors, I do not have access to a comprehensive list of the Debtor's creditors. However, I expect to soon be able to file a list of top 20 creditors upon re-entering the Debtor's premises.

6. The Debtor is a party in is the non-payment and holdover proceeding in Civil Court and in an FLSA action commenced by former employees.

7. The Debtor does not have any publicly held shares, debentures, or other securities.

8. There is no property of the Debtor in the possession or custody of any public officer, receiver, trustee, pledge, assignee of rents, liquidators, secured creditors, or agents of such person.

9. I am in charge of all aspects of the Debtor's business operations. I have not taken a salary for at least the last three months. Subject to availability, the Debtor generally employs approximately 28 full and part-time employees with a weekly payroll of approximately $16,000.

10. Upon opening of the Debtor's club, the Debtor intends to continue the operation of its business. The Debtor may explore the possible sale the business as a going concern.

11. Under the aegis of this Court, the Debtor believes that it will be able to reorganize or otherwise maximize the recovery to creditors through this bankruptcy process. Because of the emergent nature of the relief requested and the lack of access to books and records, I intend on supplementing this affidavit as soon as practicable to provide additional information to the Court.

**BROOKLYN EVENTS LLC**

By: s/ Jen Schiffer
    Jen Schiffer
    Managing Member

Sworn to before me this
31 th day of March, 2016

s/ Jill Makower
Notary Public, State of New York
No. 02MA6120285
Qualified in New York County
Commission Expires December 20, 2016