**TARTER KRINSKY & DROGIN LLP**
*Proposed Attorneys for Brooklyn Events LLC,*
*Debtor and Debtor-in-Possession*
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
Scott S. Markowitz, Esq.
Rocco A. Cavaliere, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
In re:                                                :
                                                      :    Chapter 11
BROOKLYN EVENTS LLC                                   :
d/b/a VERBOTEN,                                       :    Case No.: 16-41371 (CEC)
                                                      :
                    Debtor.                           :
------------------------------------------------------------- x

### AFFIDAVIT OF SCOTT S. MARKOWITZ PURSUANT TO 11 U.S.C. § 329, LOCAL BANKRUPTCY RULE 2014-1 AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2014 AND 2016 IN SUPPORT OF RETENTION OF TARTER KRINSKY & DROGIN LLP AS COUNSEL TO THE DEBTOR

STATE OF NEW YORK      )
                                          ss.:
COUNTY OF NEW YORK  )

Scott S. Markowitz, being duly sworn, deposes and says:

1. I am a partner of the firm of Tarter Krinsky & Drogin LLP (the "Firm"), 1350 Broadway, New York, New York 10018, and am duly admitted to practice law in the United States District Court for the Eastern District of New York.

2. This affidavit is submitted in support of the application of the above captioned debtor and debtor-in-possession (the "Debtor") to retain the Firm as its general bankruptcy counsel in this chapter 11 case.

3. In conducting my inquiry, and preparing this affidavit, I used a set of procedures developed by the Firm to ensure compliance with the requirements of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of this court regarding the retention

of professionals by a debtor-in-possession. This process included running the names of each and every creditor provided by the Debtor through the Firm's client database and contacts database.

4. Based upon the results of the Firm's conflict check procedures, neither the Firm nor any partner has any connection with the above-named Debtor, its creditors, or any other parties in interest or their respective attorneys or accountants.

5. Deponent and the Firm represent no adverse interest to the Debtor or its estate in the matters upon which the Firm is to be engaged and is disinterested as required by 11 U.S.C. § 327(a), as that term is defined in 11 U.S.C. § 101(14).

6. I will be the attorney primarily responsible for handling the Debtor's chapter 11 case. I am familiar with the United States Bankruptcy Code as well as the Local Rules of this Court, as amended.

7. Prior to the Petition Date, on or about March 28, 2016, the Firm received a retainer of $5,000 from the Debtor in advance of services. Thereafter, on March 31, 2016, as set forth in the "Lar Dan" Affidavit of Robert Schiffer, the Firm received an additional $20,000 retainer in advance of services rendered in connection with its services for the Debtor. Of these monies aggregating $25,000, an amount of $7,000 was applied to prepetition services, leaving a retainer of $18,000 to be applied to fees relating to postpetition services to the Debtor. On March 31, 2016, the Firm also received $1,717 from Mr. Schiffer which was used earmarked to pay the Chapter 11 filing fee.

8. The Firm has not shared, or agreed to share, any compensation with any other person other than members of the Firm.

9. The Debtor has agreed to compensate the Firm at its usual hourly rates for services rendered in connection with this case and to reimburse the Firm for expenses and disbursements made in connection therewith, upon proper application to the Court. The Firm's

current rates for its traditional practice groups, including the bankruptcy group, which are subject to annual increases, are as follows:

|  |  |
|---|---|
| Partners: | $485.00 - $610.00 |
| Associates/Counsel: | $305.00 - $540.00 |
| Paralegals: | $230.00 - $280.00 |

/s/ Scott S. Markowitz  
Scott S. Markowitz

Sworn to before me this  
2nd day of May, 2016

/s/ Jill Makower  
Notary Public

Jill L. Makower  
Notary Public, State of New York  
No. 02MA6120285  
Qualified in New York County  
Commission Expires December 20, 2016